UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM VORPAGEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 19 C 2671 <br><br> Judge Tharp |
| ANDREW SAUL, Commissioner of the Social Security Administration,[1] | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Andrew Saul, through his attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves to dismiss plaintiff's complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). A memorandum in support is submitted with this motion.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Nigel B. Cooney
NIGEL B. COONEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1996
nigel.cooney@usdoj.gov

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party for the former Acting Commissioner pursuant to Fed. R. Civ. P. 25(d).